1  Philip A. Leider (CA Bar No. 229751)
   PLeider@perkinscoie.com
2  Diane T. Gorczyca (CA Bar No. 201203)
   DGorczyca@perkinscoie.com
3  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
4  San Francisco, CA 94111
   Tel: (415) 344-7000
5  Fax: (415) 344-7050

6

7  Attorneys for Defendant The Boeing Company

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  JIMMY LENDO, as Personal           No. C 09-00359 JSW
    Representative of the Estate of BENNY
    LENDO, Deceased, *et al.*,        Hon. Jeffrey S. White
12
                      Plaintiffs,     **STIPULATION AND [PROPOSED]
13        v.                          ORDER REGARDING STAY OF
                                      DEADLINES AND PROCEEDINGS**
14  WORLD STAR AVIATION, LTD.,
    WELLS FARGO BANK NORTHWEST,
15  N.A.; TRITON AVIATION
    INTERNATIONAL, LLC; TRITON
16  AVIATION FINANCE; TRITON
    AVIATION INVESTMENTS, LLC; THE
17  BOEING COMPANY; and HONEYWELL
    INTERNATIONAL, INC. and DOES 1 to
18  100, inclusive,

19                    Defendants.

20

21

22        Pursuant to Civil Local Rules 6 and 7-12, and Paragraph 3 of the Honorable Jeffrey S.

23  White's Civil Standing Order, Defendant The Boeing Company ("Boeing"), Defendant

24  Honeywell International Inc., Defendant Wells Fargo Bank Northwest, N.A., Defendant Triton

25  Aviation Investments, LLC, Defendant World Star Aviation Services, Inc. (erroneously named

26  as World Star Aviation, Ltd.) and Plaintiffs, by and through their respective counsel of record,

27  HEREBY STIPULATE AS FOLLOWS:

28

1.    WHEREAS Boeing has filed with the Judicial Panel on Multidistrict Litigation (the "Panel") a Motion to Transfer and Consolidate this case with two other actions also arising from the crash of Adam Air Flight DHI-574 off the coast of the island of Sulawesi, Indonesia (the "Accident"). A true and correct copy of Boeing's Motion to Transfer and Consolidate was filed with this court as Docket No. 13 in this action.

2.    WHEREAS the courts in the other two actions arising from the Accident have both stayed further proceedings pending the Panel's resolution of the Motion to Transfer and Consolidate. True and correct copies of the stay orders in *Sumini, et al. v. The Boeing Co., et al.*, No. 09-CV-549 (N.D. Ill.), and *Wuisan, et al. v. The Boeing Co., et al.*, No. 09-CV-556 (N.D. Ill.) are appended hereto as Exhibits 1 and 2.

3.    WHEREAS based upon this Court's orders, the Civil Local Rules, and the Federal Rules of Civil Procedure, certain pretrial deadlines have been set in this case that are inconsistent with the orders staying all proceedings in both the *Sumini* and *Wuisan* actions and thus with the principle purpose of multidistrict consolidation, namely to ensure consolidated and coordinated pretrial proceedings for all actions.

4.    WHEREAS a stay pending the Panel's resolution of Boeing's Motion to Transfer and Consolidate is supported by case law. *See, e.g., Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1360-61 (C.D. Cal. 1997) (holding that stay was warranted, pending resolution by the Panel of a motion to transfer and consolidate, because such a stay would conserve judicial resources and would not prejudice the parties); *Palmer v. Am. Honda Motor Co.*, No. CV 07-1904-PHX-DGC, 2008 WL 54914, at *1 (D. Ariz. Jan. 3, 2008) (same).

5.    WHEREAS the parties seek to conserve judicial resources and minimize procedural complexity and will not suffer prejudice from a temporary stay of proceedings and good cause therefore exists to stay all deadlines and proceedings in this case until the Panel resolves Boeing's Motion to Transfer and Consolidate.

6.    WHEREAS to the best of the parties' knowledge, the following Defendants have been served by Plaintiffs: Boeing, Honeywell International Inc., Wells Fargo Bank Northwest,

1  N.A., Triton Aviation Investments, LLC, and World Star Aviation Services, Inc. (erroneously
2  named as World Star Aviation, Ltd.).
3       7.    WHEREAS Plaintiffs and all served Defendants to the instant action hereby
4  stipulate to a stay of all proceedings and deadlines pending the Panel's decision on Boeing's
5  Motion to Transfer and Consolidate.
6       8.    WHEREAS Defendants expressly do not waive, and nothing in this Stipulation
7  shall be construed to constitute a waiver of, any defenses to this action that the Defendants may
8  have, including, but not limited to, defenses for lack of personal jurisdiction, improper venue,
9  forum non conveniens, and release and satisfaction.
10
11      NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:
12  All proceedings and deadlines in this matter shall be stayed pending the Panel's resolution of
13  Boeing's pending motion to Transfer and Consolidate. Boeing shall file and service notice of the
14  Panel's order within seven (7) days of entry of such order and, upon such notice, the court will
15  enter an amended scheduling order in this matter.
16
17  DATED: April 7, 2009          **STEINBRECHER & ASSOCIATES**
18                                By:    /s/ Ed Steinbrecher, Esq.
19                                       Ed Steinbrecher, Esq.,
20
21                                16830 Ventura Boulevard, Suite B
                                  Encino, CA 91436
22                                Tel: (818) 528-7600
                                  Fax: (818) 528-7620
23                                Attorneys for Plaintiffs
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER       -3-
Case No. C 09-00359 JSW

| | | |
|---|---|---|
| 1 | DATED: April 7, 2009 | **PERKINS COIE LLP** |
| 2 | | By: /s/ Philip A. Leider |
| 3 | | Philip A. Leider |
| 4 | | Four Embarcadero Center, Suite 2400 |
| 5 | | San Francisco, CA 94111<br>Tel: (415) 344-7000<br>Fax: (415) 344-7050 |
| 6 | | |
| 7 | | Attorneys for Defendant<br>The Boeing Company |
| 8 | | |
| 9 | DATED: April 7, 2009 | **LOCKE LORD BISSELL & LIDDELL LLP** |
| 10 | | By: /s/ Mitchell J. Popham |
| 11 | | Mitchell J. Popham |
| 12 | | 300 S. Grand Avenue, Suite 2600 |
| 13 | | Los Angeles, CA 90071-3119<br>Tel: (213) 687-6757<br>Fax: (213) 341-6757 |
| 14 | | |
| 15 | | Attorneys for Defendant |
| 16 | | Wells Fargo Bank Northwest, N.A.,<br>Defendant World Star Aviation Serices, Inc. |
| 17 | | (erroneously named as World Star Aviation, Ltd.),<br>and Defendant Triton Aviation Investments, LLC |
| 18 | | |
| 19 | DATED: April 7, 2009 | **MORRISON & FOERSTER LLP** |
| 20 | | By: /s/ James W. Huston |
| 21 | | James W. Huston |
| 22 | | 12531 High Bluff Drive, Suite 100 |
| 23 | | San Diego, CA 92130-2040<br>Tel: (858) 720-5154<br>Fax: (858) 720-5125 |
| 24 | | |
| 25 | | Attorneys for Defendant<br>Honeywell International Inc. |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER          -4-
Case No. C 09-00359 JSW

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation of the parties, and good cause appearing, all proceedings and deadlines in this matter are stayed pending the Panel's resolution of Boeing's pending motion to Transfer and Consolidate. Boeing shall file and service notice of the Panel's order within seven (7) days of entry of such order and, upon such notice, the court will enter an amended scheduling order in this matter.

**IT IS SO ORDERED.**

DATED: __April 10__, 2009

_____
Hon. Jeffrey S. White
U.S. District Judge

STIPULATION AND [PROPOSED] ORDER     -5-
Case No. C 09-00359 JSW

Order Form (01/2005)    Case 1:09-cv-00549    Document 26    Filed 03/04/2009    Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 549 | **DATE** | 3/4/2009 |
| **CASE TITLE** | Sumini, et al. Vs. Boeing Co., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Counsel advised the Court that a motion has ben filed with the MDL Panel. Defendant Boeing Co.'s motion to stay deadlines and proceedings [23] is granted. The instant action is hereby ordered stayed until further order of the Court. Status hearing reset to 06/30/09. Status hearing set for 03/18/09 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|

**EXHIBIT 1**

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Frans Errain Wuisan, et al.

                        Plaintiff,

v.                                     Case No.: 1:09−cv−00556
                                                    Honorable Marvin E. Aspen

The Boeing Company, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 2, 2009:

      MINUTE entry before the Honorable Marvin E. Aspen:Defendaant Boeing Company's Motion to stay [35] all deadlines and proceedings in this action pending a ruling by the Judicial Panel on Multidistrict Litigation on Boeing's moton to transfer is granted. Motion terminated. The status hearing set for 4/30/09 at 10:30 a.m. to stand. The motion hearing set for 3/3/09 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

EXHIBIT 2