A CERTIFIED TRUE COPY
ATTEST
By Tanisha Spinner on Jun 17, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

```
09CV3805
JUDGE ASPEN
MAGISTRATE MASON
```

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

Jun 17, 2009

FILED
CLERK'S OFFICE

IN RE: AIR CRASH OVER MAKASSAR STRAIT,
SULAWESI, INDONESIA, ON JANUARY 1, 2007     MDL No. 2037

### TRANSFER ORDER

  **Before the entire Panel**[*]: Common defendant The Boeing Co. (Boeing) moves, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of the three actions listed on Schedule A in the Northern District of California. The defendant's motion encompasses two actions in the Northern District of Illinois and one action in the Northern District of California.

  Another common defendant, Honeywell International, Inc., supports the motion. Plaintiffs in the two Northern District of Illinois actions support centralization of their actions, but suggest the Northern District of Illinois as the transferee district.

  After considering the argument of counsel, we find that these three actions involve common questions of fact, and that centralization under Section 1407 in the Northern District of Illinois will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions concern the cause or causes of the crash of a Boeing model 737-200 aircraft that disappeared from radar while flying from Surabay on the island of East Java, Indonesia, to Manado on the island of Sulawesi, Indonesia. On January 10, 2007, nine days after the aircraft disappeared, its wreckage was located on the high seas off the coast of Sulawesi. Centralization under Section 1407 will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

  Either of the two suggested transferee districts, the Northern District of California or the Northern District of Illinois, would be an appropriate transferee forum for this litigation. At least one action is pending in each district, and no action is well progressed. Considerations of convenience and accessibility are comparable between the two metropolitan districts. On balance, we are persuaded that the Northern District of Illinois is preferable. Centralization in this district permits the Panel to effect the Section 1407 assignment to an experienced transferee judge who has not recently received such an assignment and who can steer this litigation on an expeditious course.

---

 [*] Judge Heyburn took no part in the disposition of this matter.

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/ WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: JUNE 24, 2009

- 2 -

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the action listed on Schedule A and pending outside the Northern District of Illinois is transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Marvin E. Aspen for coordinated or consolidated pretrial proceedings with the actions listed on Schedule A and pending in that district.

                         PANEL ON MULTIDISTRICT LITIGATION

                         _____
                                  J. Frederick Motz
                                  Acting Chairman

| | |
|---|---|
| John G. Heyburn II, Chairman[*] | Robert L. Miller, Jr. |
| Kathryn H. Vratil | David R. Hansen |
| W. Royal Furgeson, Jr. | Frank C. Damrell, Jr. |

**IN RE: AIR CRASH OVER MAKASSAR STRAIT
SULAWESI, INDONESIA, ON JANUARY 1, 2007**   MDL No. 2037

## SCHEDULE A

<u>Northern District of California</u>

Jimmy Lendo, et al. v. World Star Aviation, Ltd., et al., C.A. No. 3:09-359   `09cv3815`

<u>Northern District of Illinois</u>

Sumini, et al. v. The Boeing Co., et al., C.A. No. 1:09-549
Frans Errain Wuisan, et al. v. The Boeing Co., et al., C.A. No. 1:09-556

# Judicial Panel on Multidistrict Litigation - Panel Service List
# for
# MDL 2037 - IN RE: Air Crash Over Makassar Strait, Sulawesi, Indonesia, on January 1,

**\*\*\* Report Key and Title Page \*\*\***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
  \* Signifies that an appearance was made on behalf of the party by the representing attorney.
  # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
   All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
  Docket: 2037 - Air Crash Over Makassar Strait, Sulawesi, Indonesia - 1/1/07
  For Open Cases

Docket: 2037 - IN RE: Air Crash Over Makassar Strait, Sulawesi, Indonesia, on January 1, 2007
Status: Transferred on 06/17/2009
Transferee District: ILN    Judge: Aspen, Marvin E.    Printed on 06/17/2009

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Graul, Christopher W.<br>RIBBECK LAW CHARTERED<br>505 North Lake Shore Drive<br>Suite 102<br>Chicago, IL 60611 | =>**Phone: (312) 794-7300  Fax: (773) 929-2771  Email: christophergraul@ribbecklaw.com**<br>Dewi (Co-Per./Rep./Est.-Dina Oktarina), Rusmala*; Fauziah (Per./Rep./Est.-Daniel Herry Lensun), R.A. Nur*; Hasan (Per./Rep./Est.-Ririn J. Butolo), Maryam*; Kaurouw (Per./Rep./Est.-Vira Jinny), Marthen*; Lendo (Per./Rep./Est.-Benny), Jimmy*; Sidik (Co-Per./Rep./Est.-Dina Oktarina), Muhammad*; Simanungkalit (Attorney in Fact for the Est.-Ratih Sekarsari), Fredi K.*; Tombokan (Per./Rep./Est.-Herry Sudaryono), Frangky Donny*; Tontey (Per./Rep./Est.-Christina Agata Patricia), Barry Rudolf*; Tumurang (Per./Rep./Est.-Yunekee), Semuel* |
| Kendrick, Allison<br>PERKINS COIE LLP<br>1201 Third Avenue<br>Suite 4800<br>Seattle, WA 98101 | =>**Phone: (206) 359-8647  Fax: (206) 359-9647  Email: Akendrick@perkinscoie.com**<br>Boeing Co. (The)* |
| LaCien, Brian<br>POWER ROGERS & SMITH PC<br>70 West Madison Street<br>55th Floor<br>Chicago, IL 60602-4212 | =>**Phone: (312) 236-9381  Fax: (312) 236-0920  Email: blacien@prslaw.com**<br>Brata (Per./Rep./Est.-Verawati Chatarina), T.A.*; Hankodo (Per./Rep./Est.-Rendy Christian), Charles*; Karwur (Per./Rep./Est.-Flonia Monica Assa), Ellen T.*; Kusumaningtyas (Per./Rep./Est.-Susetua Budi), R.R. Anggraeni*; Lale (Per./Rep./Est.-Daniel Lalel, Nontje Tumbelaka), Denny*; Lendo (Per./Rep./Est.-Yohanes Benyamin), Sacre*; Momongan (Per./Rep./Est.-Jolly Willem, Sheysita Turangan), Abraham*; Moningka (Per./Rep./Est.-Maria J. Toliu, Ignati Gatuwati, Stephanus Gatuwati), Fransiska*; Paulus (Per./Rep./Est.-Dessy Katerina), Yensen*; Proborini (Per./Rep./Est.-Bambang Supriyanto), Endah*; Sasipare (Per./Rep./Est.-Petra Sels Rumpia), Trint Je*; Sriwati (Per./Rep./Est.-Nining Iriyani), Ety*; Tarigan (Per./Rep./Est.-Vittorio Buyung Putranto), Dicky Firman*; Tombokan (Per./Rep./Est.-Hari Sudaryono), Inneke*; Warih (Per./Rep./Ests.-Ariston Setyo Widodo, Elisabeth Feri Jrihanday Ani, Fransiska Romana Sri Hartni, Leonardo Pramatya Ardana & Jrolfilus Rikesa Arnata), Hendricus Handono*; Wuisan (Per./Rep./Ests.-Riane Esther, Fadjar Jonah Efraim, Gary Joan Efraim, Gerald Gabrial Efraim,lenn, Yenuda Efraim), Frans Efrain*; Zulfia (Per./Rep./Est.-Captain Refri Agustian Widodo), Sh* |
| Susina, Mark S.<br>ADLER MURPHY & MCQUILLEN<br>One North La Salle Street<br>Suite 2300<br>Chicago, IL 60602 | =>**Phone: (312) 345-0700  Fax: (312) 345-9860  Email: Msusina@amm-law.com**<br>Honeywell International, Inc.* |
| Westerberg, Gary W.<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive<br>Chicago, IL 60606-4410 | =>**Phone: (312) 443-0245  Fax: (312) 896-6245  Email: gwesterberg@lockelord.com**<br>Triton Aviation Business Services Holdings, LLC*; Triton Aviation Finance*; Triton Aviation International, LLC*; Triton Aviation Investments, LLC*; Triton Aviation Ireland, Ltd.*; Triton Aviation Services*; Triton Aviation, Ltd. dba Triton Aviation Ireland, Ltd.*; Wells Fargo & Co.*; Wells Fargo Bank Northwest, N.A.*; World Star Aviation Services, Inc.*; World Star Aviation, Ltd.* |
| Wisner, Floyd A.<br>WISNER LAW FIRM<br>934 South 4th Street<br>St. Charles, IL 60174 | =>**Phone: (630) 513-9434  Fax: (630) 510-6287  Email: faw@wisner-law.com**<br>Abdullah (Speicial Adm./Est.-Maya Ismawati), Slamet; Batubara (Special Adm./Est.-David, Inggrid, Milka & Matthew), Esther; Budiasa (Special Adm./Est.-Made DWI Diastari & Komanga Pradina Anggari), Nyoman; Fauzia (Special Adm./Est.-Daniel henry Lenzun), R.A. Nur; Kaurow (Special Adm./Ests.-Joppy E.L. Wantania, Mary E., Cindy E.M.Wantania, Elnny M.Y. Wantania, FiJini & Melva G. Wantania), Dr. Ferry; Mamoto (Special Adm./Est.-Wiesye Walintukan), Irene; Mariesta (Special Adm./Est.-Yoga Sasonta), Ketthy; Muskitta (Speical Adm./Est.-Sintje Kalalo), Christian J.; Sulistyowati (Special Adm./Est.-Novi Indrayanto), Ninik DWI; Sumini (Special Adm./Est.-Ratih Sekarsari); Sutedja (Special Adm./Est.-Dessy Katerina Paulus), Hendry Warsito; Tontey (Special Adm./-Christina Agatha Patricia), Barry R. |

Note: Please refer to the report title page for complete report scope and key.